# Humana® Formulary Update



EFFECTIVE JAN 01 '16

As of January 1, 2016, Accu-Chek® test strips will be the only major branded strips preferred across all books of business for Humana. Accu-Chek products will be preferred on the **Humana Medicare Advantage**®, **Humana Commercial**®, and **Humana Health Insurance Exchange formularies**².

## Accu-Chek test strips are preferred.

 Strips manufactured in the U.S.A.¹



If Accu-Chek meters are not covered, use these steps to give them one for free.³

**BIN#:** 015251       **PCN#:** PRX2000
**Group#:** AC01      **ID#:** AC018641687

For assistance in filing this claim, please call the PartnersRx Help Desk at 1-800-510-4836.

## Be prepared. Order Accu-Chek test strips today.

¹ Using U.S. and imported materials.
² It is not appropriate to seek reimbursement from any third-party payer—including Medicare, Medicaid, or other government healthcare programs—for free products. Void where prohibited by law. Cannot be combined with other offers.

The information in this communication is subject to change without notice. It is not a guarantee of coverage or payment (partial or full). Actual benefits are determined by each plan administrator in accordance with its respective policy and procedures. Nothing herein may be construed as an endorsement, approval, recommendation, representation or warranty of any kind by any plan or insurer referenced herein. This communication is solely the responsibility of Roche.

If you would prefer to opt out from receiving these faxes or have further questions, please respond to dddcfax@roche.com with your fax and phone number.



ACCU-CHEK, ACCU-CHEK SMARTVIEW, and ACCU-CHEK AVIVA are trademarks of Roche. All other product names and trademarks are the property of their respective owners. © 2015 Roche. 316-54930B-1115

**ACCU-CHEK**®