**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| ECONO-MED PHARMACY, INC., on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 1:16-cv-00789-TWP-MPB |
| v. | ) ) | |
| ROCHE DIAGNOSTICS CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY RANDALL K. PULLIAM**

Vess A Miller of the law firm Cohen & Malad, LLP, pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Randall K. Pulliam of Carney Bates & Pulliam, PLLC, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Econo-Med Pharmacy, Inc., in the above-styled cause only.  In support of this motion, the undersigned states:

   1.  The Certification of Randall K. Pulliam, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

   2.  Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

   WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Randall K. Pulliam leave to appear *pro hac vice* for purposes of this cause only.

Dated: May 2, 2016                    Respectfully submitted,

               s/Vess A. Miller
               Irwin B. Levin
               Vess A. Miller
               COHEN & MALAD, LLP
               One Indiana Square, Suite 1400
               Indianapolis, IN 46204
               Tel. (317) 636-6481
               Fax (317) 636-2593
               ilevin@cohenandmalad.com
               vmiller@cohenandmalad.com

               And

               Randall K. Pulliam, Esq.
               CARNEY BATES & PULLIAM, PLLC
               2800 Cantrell Rd., Suite 510
               Little Rock, Arkansas 72202
               Telephone:  (501) 312-8500
               Facsimile:  (501) 312-8505
               rpulliam@cbplaw.com

## **CERTIFICATE OF SERVICE**

  I certify that on May 2, 2016 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

               s/Vess A. Miller
               Vess A. Miller, #26495-53

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593
vmiller@cohenandmalad.com