UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ECONO-MED PHARMACY, INC., on behalf of itself and all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) Case No. 1:16-cv-00789-TWP-MPB |
| ROCHE DIAGNOSTICS CORPORATION, | ) ) ) |
| *Defendant.* | ) |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY ERIC C. BOSSET**

David O. Tittle of the law firm Bingham Greenebaum Doll LLP, pursuant to S. D. Ind. Local Rule 83-6(a), moves this court for an Order granting Eric C. Bosset of Covington & Burling LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant, Roche Diagnostics Corporation, in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Eric C. Bosset, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as **Exhibit A**.

2. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* will be hand delivered to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Eric C. Bosset leave to appear *pro hac vice* for purposes of this cause only.

Dated:  May 5, 2016

                      Respectfully submitted,

                      *s/ David O. Tittle*
                      David O. Tittle
                      Jessica Whelan
                      BINGHAM GREENEBAUM DOLL LLP
                      2700 Market Tower
                      10 W. Market Street
                      Indianapolis, IN  46204
                      dtittle@bgdlegal.com
                      jwhelan@bgdlegal.com
                      Telephone:   (317) 635-8900
                      Facsimile:   (317) 236-9907

                      *Attorneys for Defendant Roche Diagnostics Corporation*

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2016, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Eric C. Bosset was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

| *Attorney(s)* | *Represent(s)* |
|---|---|
| Irwin B. Levin<br>Vess Allen Miller<br>COHEN & MALAD LLP<br>Email: ilevin@cohenandmalad.com<br>Email: vmiller@cohenandmalad.com | Plaintiff, Econo-Med Pharmacy, Inc. |
| Randall K. Pulliam<br>CARNEY BATES & PULLIAM, PLLC<br>Email: rpulliam@cbplaw.com<br>PRO HAC VICE | |

      I further certify that on May 5, 2016, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Eric C. Bosset was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Eric C. Bosset
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956

                                                   *s/ David O. Tittle*

*17425339_1*

3