## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ECONO-MED PHARMACY, INC., on behalf of itself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORPORATION,<br><br>  Defendant. | )<br>)<br>)<br>)  Case No. 1:16-cv-00789-TWP-MPB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT ROCHE DIAGNOSTICS CORPORATION'S
### MOTION TO DISMISS COUNT II OF COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Roche Diagnostics Corporation moves this Court for an order dismissing Count II of the Complaint for failure to plead with particularity an intent to defraud—a critical element of Plaintiff's claim for relief under the Indiana Deceptive Consumer Sales Act ("DCSA")—as required by Fed. R. Civ. P. 9(b).[1]

As set forth in the accompanying memorandum in support of this Motion, Count II purports to assert a violation of the DCSA based on Defendant's alleged "sending of an unsolicited fax advertisement," which Plaintiff characterizes as an "incurable deceptive act" under the DCSA. However, because an incurable deceptive act under the DCSA requires "an intent to defraud," *see* Ind. Code § 24-5-0.5-2(a)(8), Plaintiff must satisfy the heightened pleading requirements of Federal Rule of Civil Procedure 9(b), which it has failed to do.

Accordingly, Plaintiff's DCSA claim (Count II) should be dismissed.

---

[1] Roche Diagnostics Corporation is not the proper party-defendant; the proper party is Roche Diabetes Care, Inc.

Dated:  June 1, 2016                              Respectfully submitted,

                                                          *s/ David O. Tittle*
                                                          David O. Tittle (No. 857-49)
                                                          Jessica Whelan (No. 30779-49)
                                                          **BINGHAM GREENEBAUM DOLL LLP**
                                                          2700 Market Street
                                                          Indianapolis, IN 46204
                                                          Phone:  (317) 635-8900
                                                          Fax:  (317) 236-9907
                                                          Email:  dtittle@bdglegal.com
                                                          Email:  jwhelan@bdglegal.com

                                                          Eric C. Bosset*
                                                          **COVINGTON & BURLING LLP**
                                                          One CityCenter
                                                          850 Tenth Street NW
                                                          Washington, DC 20001
                                                          Phone:  (202) 662-6000
                                                          Email:  ebosset@cov.com
                                                          **admitted pro hac vice*

                                                          *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 1st day of June 2016, a copy of the foregoing Defendant Roche Diagnostics Corporation's Motion to Dismiss Count II of Complaint was filed electronically using the CM/ECF system, which will send a notification of such filing to the following:

| *Attorney(s)* | *Represent(s)* |
|---|---|
| Irwin B. Levin | Plaintiff, Econo-Med Pharmacy, Inc. |
| Vess Allen Miller | |
| COHEN & MALAD LLP | |
| Email: ilevin@cohenandmalad.com | |
| Email: vmiller@cohenandmalad.com | |

Randall K. Pulliam
CARNEY BATES & PULLIAM, PLLC
Email: rpulliam@cbplaw.com
PRO HAC VICE

                   *s/ David O. Tittle*