## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ECONO-MED PHARMACY, INC., on behalf of itself and all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:16-cv-00789-TWP-MPB |
| ROCHE DIAGNOSTICS CORPORATION, ) ) | |
| Defendant. ) | |

### MOTION TO APPEAR PRO HAC VICE
### FILED ON BEHALF OF ATTORNEY RYAN MOWERY

Jessica Whelan of the law firm Bingham Greenebaum Doll LLP, pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Ryan Mowery of Covington & Burling LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Roche Diagnostics Corporation in the above-styled cause only.  In support of this motion, the undersigned states:

1. The Certification of Ryan Mowery, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as **Exhibit A**.

2. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been delivered to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Ryan Mowery leave to appear *pro hac vice* for purposes of this cause only.

Dated:   December 15, 2016                          Respectfully submitted,


                                               */s/ Jessica Whelan*
                                               Jessica Whelan
                                               Bingham Greenebaum Doll LLP
                                               2700 Market Tower
                                               10 West Market Street
                                               Indianapolis, IN 46204
                                               Direct: 317.635.8900
                                               Fax: (317) 236-9907
                                               Email: jwhelan@bgdlegal.com


## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2016, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Ryan Mowery was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

      I further certify that on December 15, 2016, a copy of the forgoing Motion to Appear Pro Hac Vice on Behalf of Attorney Ryan Mowery was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Ryan Mowery
    Covington & Burling
    One CityCenter
    850 Tenth Street NW
    Washington, DC 20001


                                                 */s/ Jessica Whelan*
                                               Jessica Whelan


**Bingham Greenebaum Doll LLP**
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
Direct: (317) 968-5366
Fax: (317) 236-9907