UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ECONO-MED PHARMACY, INC., on behalf of itself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) No. 1:16-cv-00789-TWP-MPB |
| v. | ) ) |
| ROCHE DIAGNOSTICS CORPORATION, | ) ) ) |
| Defendant. | ) |

## ORDER GRANTING
## JOINT MOTION TO STAY ALL CASE MANAGEMENT DEADLINES

This matter is before the Court on the parties' Joint Motion to Stay All Case Management Deadlines Pending Submission of Class Action Settlement Agreement for Court Approval. The Court, being duly advised, now finds that the motion should be, and hereby is, **GRANTED.**

**IT IS THEREFORE ORDERED** that all deadlines in the Case Management Plan are **STAYED** pending the Court's consideration of the Motion for Preliminary Approval of Class Action Settlement Agreement to be filed by the parties no later than **March 9, 2017**.

**IT IS FURTHER ORDERED** that the Settlement Conference currently set for May 9, 2017 at 9:00 a.m. is hereby VACATED.

**SO ORDERED.**

Dated: February 13, 2017

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service of this Order will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.