# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| ECONO-MED PHARMACY, INC., on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ROCHE DIAGNOSTICS CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) No. 1:16-cv-00789-TWP-MPB ) ) ) ) ) |

## ORDER GRANTING
## JOINT MOTION FOR EXTENSION OF TIME

This matter is before the Court on the Parties' Joint Motion for Extension of Time. The Court, being duly advised, now finds that the motion should be, and hereby is, **GRANTED**, and **IT IS HEREBY ORDERED** that the Parties shall file the Motion for Preliminary Approval of Class Action Settlement Agreement no later than March 16, 2017.

**SO ORDERED.**

Dated: 3/9/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Service will be made electronically on all ECF-registered counsel via email generated by the Court's ECF system.

18121634_1