**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ECONO-MED PHARMACY, INC., on behalf of itself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) No. 1:16-cv-00789-TWP-MPB |
| v. | ) ) ) |
| ROCHE DIAGNOSTICS CORPORATION, | ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR APPROVAL OF**
**ATTORNEYS' FEES AND COSTS AND A SERVICE AWARD**

Pursuant to Fed. R. Civ. P. 23(h) and 54(d)(2), Plaintiff Econo-Med Pharmacy, Inc. ("Plaintiff" or "Class Representative") and Class Counsel respectfully request the Court to approve (1) an award of attorneys' fees and costs in the amount of $5,639,943, which equals 33 1/3 % of the Settlement Fund after payment of notice and administration expenses and the requested service award, and (2) a service award to the Plaintiff in the amount of $5,000 for serving as Class Representative. In support thereof, Plaintiff is contemporaneously filing the following: (1) Memorandum of Law in Support of (i) Motion for Final Approval of Class Action Settlement, and (ii) Motion for Approval of Attorneys' Fees and Costs and a Service Award; (2) Motion for Approval of Attorneys' Fees and Costs and a Service Award; (3) the Declaration of Randall K. Pulliam; (4) the Declaration of Irwin B. Levin; and (5) the Declaration of Phil Cooper Re: Notice Procedure.

DATED: August 21, 2017          Respectfully submitted,

         s/Vess A. Miller
         Irwin B. Levin
         Vess A. Miller
         **COHEN & MALAD, LLP**
         One Indiana Square, Suite 1400
         Indianapolis, IN 46204
         Tel. (317) 636-6481
         Fax (317) 636-2593
         ilevin@cohenandmalad.com
         vmiller@cohenandmalad.com

         Randall K. Pulliam
         **CARNEY BATES & PULLIAM, PLLC**
         519 W. 7th St.
         Little Rock, Arkansas 72201
         Telephone:  (501) 312-8500
         Facsimile:  (501) 312-8505
         rpulliam@cbplaw.com

## **CERTIFICATE OF SERVICE**

    I certify that on August 21, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

         s/Vess A. Miller
         COHEN & MALAD, LLP
         One Indiana Square, Suite 1400
         Indianapolis, IN 46204
         Telephone:  (317) 636-6481
         Facsimile:  (317) 636-2593