1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ECONO-MED PHARMACY, on behalf of itself and all others similarly situated, | Case No. 1:16-CV-00789-TWP-MPB |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **DECLARATION OF PHIL COOPER RE: NOTICE PROCEDURES** |
| ROCHE DIAGNOSTICS CORPORATION, | |
| Defendants. | |

I, Phil Cooper, declare:

1.      I am a Senior Project Manager at Kurtzman Carson Consultants LLC ("KCC"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      KCC was retained by the parties to serve as the Claims Administrator to, among other tasks, mail and fax the Notice of Proposed Conditional Class Action Settlement (the "Notice") and Class Action Settlement Claim Form (the "Claim Form"); to publish the Summary Notice; receive and process Claim Forms, respond to Class Member inquiries; to establish and maintain a settlement website and perform other duties as specified in the Stipulation of Settlement (the "Stipulation") preliminarily approved by this Court on March 17, 2017.

1    3.   **CAFA Notification**. In compliance with the Class Action Fairness Act ("CAFA"), 28

2    U.S.C. Section 1715, KCC compiled a CD-ROM containing the following documents: Class Action

3    Complaint, Defendant's Answer and Defenses to Complaint, Order Preliminarily Approving Class

4    Action Settlement, Directing Notice, and Scheduling Final Approval Hearing, Plaintiff's Unopposed

5    Motion for Preliminary Approval of Class Action Settlement, Memorandum in Support of Plaintiff's

6    Unopposed Motion for Preliminary Approval of Class Action Settlement, Class Notice, Claim Form,

7    Facsimile Notice, Class Action Settlement Agreement, confidential separate letter agreement, referenced

8    in paragraph 51 of the Class Action Settlement Agreement, that sets out the threshold number of

9    exclusions that will trigger Defendant's right to terminate the settlement, and Final Approval Order and

10   Judgment, which accompanied a cover letter with Appendix A providing a percentage breakdown of

11   settlement class members by states and territories of residence (collectively, the "CAFA Notice

12   Packet"). A copy of the cover letter is attached hereto as Exhibit A.

13   4.   On March 22, 2017, KCC caused sixty-one (61) CAFA Notice Packets to be mailed via

14   Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed on Exhibit A, i.e.,

15   the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia,

16   the Attorneys General of the 5 recognized U.S. Territories, as well as parties of interest to this Action.

17   5.   As of the date of this declaration, KCC has received no response to the CAFA Notice

18   Packet from any of the recipients identified in paragraph 4 above

19   6.   **Class Notice**. On March 24, 2017, the Defendant provided KCC with a list of 61,783

20   entities identified as the Class Member List. KCC entered the Class Member List information into its

21   proprietary database and prepared a data file for the initial mailing. Prior to mailing, KCC caused the

22   addresses in the Class Member List to be updated using the National Change of Address database

23   ("NCOA") maintained by the U.S. Postal Service. A total of 2,958 addresses were found and updated.

24   7.   KCC Performed data analysis on the list to identify duplicates, consolidate data for

25   purposes of noticing, and to remove invalid data prior to sending notice. After all preparation was

26   complete a total of 60,428 records remained on the class list for purposes of sending notice.

27   8.   On April 14, 2017, KCC faxed the Notice and Claim Form (collectively, "the Notice

28   Package") to each of the 60,428 entities on the Class Member List with a fax number available. A

1  sample of the Notice Package is attached hereto as Exhibit B.

2       9.      Following the fax campaign it was determined the 14,839 fax attempts were not

3  successful.  On April 24, 2017, KCC mailed Notice Packages via USPS First Class mail to the 14,839

4  class members for whom fax notice was unsuccessful.

5       10.     As of August 2, 2017, KCC has received a total of 22 Notice Packages returned by the

6  U.S. Postal Service with forwarding addresses. KCC caused the Class Member list to be updated with

7  the new addresses and Notice Packages to be re-mailed to the updated addresses. As of August 2, 2017,

8  KCC has received a total of 3,458 Notice Packages returned by the U.S. Postal Service without

9  forwarding address information.  KCC conducted address searches using credit and other public source

10  databases to attempt to locate new addresses for these Class Members.  As of August 2, 2017, these

11  searches have resulted in 843 updated addresses.  KCC promptly re-mailed Notices Packages to the

12  updated addresses.  Of the re-mailed Notice Packages, 631 were returned a second time as

13  undeliverable.

14       11.     **Toll-Free Telephone Number**. On or before April 14, 2017, KCC established a toll-free

15  telephone number (1-844-660-2220) dedicated to answering telephone inquiries from Class Members.

16  As of August 20, 2017, KCC has received a total of 230 calls.

17       12.     **Website**. On or before April 14, 2017, KCC also established a website

18  (www.rdcsettlement.com) dedicated to this settlement to provide additional information to the Class

19  Members and to answer frequently asked questions.  Visitors of the website could download documents

20  related to the Settlement and also had the ability to submit claims online.  The web address was set forth

21  in the Notice, Fax Notice and Claim Form. As of August 20, 2017, the website has received 21,706

22  visits.

23       13.     **Requests for Exclusion**. The deadline for Class Members to request to be excluded from

24  the class was a postmarked deadline of July 17, 2017. As of the date of this declaration, KCC has

25  received 20 requests for exclusion. A list of the Class Members requesting to be excluded is attached

26  hereto as Exhibit C.

27       14.     **Objections to the Settlement**. The deadline for Class Members to object to the

28  Settlement was a postmarked deadline of July 17, 2017. As of the date of this declaration, KCC has

1  received no objections to the settlement.

2      15.  **Claim Forms**. The deadline for Class Members to file a claim was a postmarked

3  deadline of July 17, 2017. As of the date of this declaration, KCC has received 12,012 claim forms.

4  5,367 claim forms have been identified as valid, representing a total of 10,060 fax numbers from the

5  class list.

6

7  I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true

8  and correct to the best of my knowledge. Executed on this 21st day of August 2017 at San Rafael,

9  California.

10

11                                      _____

12                                        Phil Cooper

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF PHIL COOPER RE: NOTICE PROCEDURES

# Exhibit A



3301 Kerner Boulevard     415.798.5900     PHONE
San Rafael, CA 94901       415.892.7354     FAX
                           kccllc.com

MAIL DATE

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

     Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

     COVINGTON & BURLING LLP and BINGHAM GREENEBAUM DOLL LLP represent Roche Diagnostics Corporation ("Roche") in a putative class action lawsuit entitled *Econo-Med  Pharmacy, on behalf of itself and all others similarly situated v. Roche Diagnostics Corporation*, Case No. 1:16-cv-00789-TWP-MPB. The lawsuit is pending before the Honorable Tanya Walton Pratt in the United States District Court for the Southern District of Indiana, Indianapolis Division.  In April 2016, Plaintiff Econo-Med Pharmacy filed this lawsuit against Roche, for sending facsimiles that allegedly violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* The parties have now reached an agreement to settle this lawsuit on a class-action basis.  Roche denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation.

     For purposes of the proposed settlement, the settlement class includes all pharmacies to which Roche transmitted one or more facsimiles concerning the availability or quality of its property, goods, or services from April 11, 2012 through the date of preliminary approval.  The Settlement Agreement gives settlement class members the right to request exclusion from the settlement, and the enclosed notice informs such members of the proposed settlement and settlement class members' right to be excluded from the settlement.

     As required by the Class Action Fairness Act of 2005, 28 U.S.C. § 1711, *et seq.*, we write to advise you that Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement in connection with this lawsuit on March 16, 2017, and the settlement was preliminarily approved by the Court on March 17, 2017.  The Court has scheduled a final fairness hearing for September 20, 2017 at 11:00 a.m.



«First» «Last»
Mail Date
Page 2

| | |
|---|---|
| **Case Name:** | *Econo-Med Pharmacy v. Roche Diagnostics Corporation* |
| **Case Number:** | 1:16-cv-00789-TWP-MPB |
| **Jurisdiction:** | United States District Court,<br>Southern District of Indiana, Indianapolis Division |
| **Date Settlement**<br>**Filed with Court:** | March 16, 2017 |

In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter, and also are available electronically on the PACER website of the United States District Court for the Southern District of Indiana:

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:**  Copies of the *Class Action Complaint* and *Defendant's Answer and Defenses to Complaint* are included on the enclosed CD.

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:**  Pursuant to the Court's *Order Preliminarily Approving Class Action Settlement, Directing Notice, and Scheduling Final Approval Hearing* issued March 17, 2017, the Court has scheduled the Final Approval Hearing for September 20, 2017, at 11:00 a.m. at the United States Courthouse, Courtroom 344, 46 East Ohio Street, Indianapolis, Indiana, before the Honorable Tanya Walton Pratt.  Copies of the *Order Preliminarily Approving Class Action Settlement, Directing Notice, and Scheduling Final Approval Hearing*, *Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement*, and *Memorandum in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement* are included on the enclosed CD.

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:**  Copies of the *Class Notice*, *Claim Form*, and *Facsimile Notice* to be provided to the class are included on the enclosed CD.

4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**  A copy of the *Class Action Settlement Agreement* is included on the enclosed CD.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:**  The parties have entered into a confidential separate letter agreement, referenced in paragraph 51 of the *Class Action Settlement Agreement*, that sets out the threshold number of exclusions that will trigger Defendant's right to terminate the settlement.  A copy of the separate letter agreement is included on the enclosed CD.  As of Mail Date, no other settlement or agreement has been



«First» «Last»
Mail Date
Page 3

entered into by the parties to this Action, either directly or by and through their respective counsel.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment:** No Final Judgment has been reached as of Mail Date, nor have any Notices of Dismissal been granted at this time. A copy of the proposed *Final Approval Order and Judgment* is included on the enclosed CD.

7. **28 U.S.C. § 1715(b)(7)(A)-(B) –Estimate of Class Members:** Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is estimated that there are approximately 61,783 members of the settlement class. Attached hereto as Appendix A is a percentage breakdown of settlement class members by states/territories of residence.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** As the proposed Settlement is still pending final approval by the Court, there are no written judicial opinions available at this time, other than the enclosed order granting preliminary approval to the settlement.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, or you have questions about this notice or the above-referenced litigation, please contact Eric C. Bosset at ebosset@cov.com or Ryan Mowery at rmowery@cov.com as soon as practicable so that Roche may address any concerns or questions you may have.

Thank you.

Sincerely,


*/s/*
Jonathan D. Carameros
Vice President

Enclosure – CD

*Econo-Med Pharmacy v. Roche Diagnostics Corp.*,
No. 1:16-cv-00789-TWP-MPB

## APPENDIX A

| State/Territory | Estimated Number of Settlement Class Members | Estimated Percentage of Settlement Class |
|---|---|---|
| Alabama | 1182 | 1.91% |
| Alaska | 122 | 0.20% |
| Arizona | 942 | 1.52% |
| Arkansas | 636 | 1.03% |
| California | 5956 | 9.64% |
| Colorado | 720 | 1.17% |
| Connecticut | 579 | 0.94% |
| Delaware | 135 | 0.22% |
| District of Columbia | 144 | 0.23% |
| Florida | 4508 | 7.30% |
| Georgia | 2213 | 3.58% |
| Guam | 28 | 0.05% |
| Hawaii | 253 | 0.41% |
| Idaho | 314 | 0.51% |
| Illinois | 1785 | 2.89% |
| Indiana | 1095 | 1.77% |
| Iowa | 729 | 1.18% |
| Kansas | 578 | 0.94% |
| Kentucky | 1052 | 1.70% |
| Louisiana | 1012 | 1.64% |
| Maine | 279 | 0.45% |
| Maryland | 1286 | 2.08% |
| Massachusetts | 1046 | 1.69% |
| Michigan | 2279 | 3.69% |
| Minnesota | 987 | 1.60% |
| Mississippi | 746 | 1.21% |
| Missouri | 1110 | 1.80% |
| Montana | 260 | 0.42% |
| Nebraska | 465 | 0.75% |
| Nevada | 486 | 0.79% |
| New Hampshire | 227 | 0.37% |
| New Jersey | 1811 | 2.93% |
| New Mexico | 323 | 0.52% |
| New York | 4591 | 7.43% |
| North Carolina | 2004 | 3.24% |

| State/Territory | Estimated Number of Settlement Class Members | Estimated Percentage of Settlement Class |
|---|---|---|
| North Dakota | 198 | 0.32% |
| Northern Mariana Islands | 3 | 0.00% |
| Ohio | 2115 | 3.42% |
| Oklahoma | 789 | 1.28% |
| Oregon | 670 | 1.08% |
| Pennsylvania | 3224 | 5.22% |
| Puerto Rico | 965 | 1.56% |
| Rhode Island | 205 | 0.33% |
| South Carolina | 1138 | 1.84% |
| South Dakota | 218 | 0.35% |
| Tennessee | 1495 | 2.42% |
| Texas | 3928 | 6.36% |
| US Virgin Islands | 20 | 0.03% |
| Utah | 464 | 0.75% |
| Vermont | 150 | 0.24% |
| Virginia | 1466 | 2.37% |
| Washington | 1240 | 2.01% |
| West Virginia | 550 | 0.89% |
| Wisconsin | 935 | 1.51% |
| Wyoming | 127 | 0.21% |
| **TOTAL** | **61783** | **100.00%** |

# Exhibit B

# CLASS ACTION SETTLEMENT NOTICE

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

A proposed settlement (the "Settlement") has been reached in a proposed class action lawsuit styled *Econo-Med Pharmacy v. Roche Diagnostics Corp.*, Case No. 1:16-cv-00789-TWP-MPB (the "Class Action"), pending in the United States District Court for the Southern District of Indiana. **Please read this notice carefully as you and your rights may be affected.**

**What does the Settlement provide?**   The Settlement, in exchange for a dismissal of the Class Action and release of claims against Defendant as explained in the Settlement Agreement, creates a fund of seventeen million dollars (**$17,000,000).** Each Settlement Class Member who files a valid and timely Claim Form will be eligible to receive a cash payment under the Settlement. It is estimated that, if eligible, you could receive not less than $500. Actual payment amounts could be more or less than the above estimate.

**What is this Class Action about?**   The Class Action alleges that Roche Diagnostics Corp. ("Roche") violated the Telephone Consumer Protection Act and the Indiana Deceptive Consumer Sales Act by transmitting facsimile advertisements in violation of those laws. Roche denies the claims and further denies that it did anything wrong. No trial has been held on the merits of any allegations against Roche or its defenses. Roche has agreed to the Settlement without admitting any fault or liability.

**Why did I get this notice?**   The records of Roche show that it transmitted one or more facsimiles to you that concerned the availability or quality of its property, goods, or services during the period April 11, 2012 through March 17, 2017. Because of this, you are a Settlement Class Member.

**What do I need to do to receive a payment from the Settlement?**   To receive a payment, you must submit a completed and signed Claim Form to the Settlement Administrator postmarked by no later than July 17, 2017. Submission of your Claim Form can be done via (i) first-class mail to the following address: Roche Claims Administrator, P.O. Box 43034, Providence, RI 02940-3034, or (ii) online at the Settlement Website www.rdcsettlement.com.

**How do I get out of the Settlement?**   To exclude yourself from this Settlement, you must send a letter by mail saying that you want to be excluded from *Econo-Med Pharmacy v. Roche Diagnostics Corp.,* Case No. 1:16-cv-00789-TWP-MPB. The letter must include your name, address, facsimile number, telephone, and be signed by an authorized representative, as described in the Settlement Agreement. You must mail your exclusion request postmarked no later than July 17, 2017 to the following address: Roche Claims Administrator, P.O. Box 43034, Providence, RI 02940-3034. If you send a timely and valid request to be excluded from the Settlement Class, you will not get any settlement payment, you cannot object to the Settlement, and you will not be legally bound by anything that happens in this lawsuit.

**What are my other options?**   If you do not exclude yourself, you can object to the Settlement if you don't like any part of it. You can give reasons why you think the Court should not approve the Settlement. Objections must be postmarked no later than July 17, 2017. The specific details for filing an objection are in the detailed notice available at www.rdcsettlement.com. If you do nothing, you will remain in the Settlement Class but will NOT receive a payment.

**Do I have a lawyer in this Class Action?**   The Court appointed the law firms of Cohen & Malad LLP and Carney Bates & Pulliam, PLLC to represent you and other Settlement Class Members. Together, the lawyers are called Settlement Class Counsel. You will not be charged for these lawyers. Rather, Settlement Class Counsel will ask the Court for attorneys' fees and expenses of up to 33 1/3% of the Settlement Fund.

**When and where will the Court decide whether to approve the Settlement?**   The Court will hold a Final Approval Hearing at 11:00 a.m. on September 20, 2017 at the United States District Court for the Southern District of Indiana, 46 East Ohio Street, Indianapolis, IN 46204, Courtroom 344. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court may also decide how much to pay Settlement Class Counsel.

**How do I get more information?**   This notice summarizes the Settlement. Full details are in the Settlement Agreement on file with the Court and available at www.rdcsettlement.com. **You should read the entire Settlement Agreement before making a decision about whether to participate in the Settlement**. You can also call toll free 1-844-660-2220, and the Settlement Administrator will answer any questions you have.

## CLASS ACTION SETTLEMENT NOTICE

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

A proposed settlement (the "Settlement") has been reached in a proposed class action lawsuit styled *Econo-Med Pharmacy v. Roche Diagnostics Corp.*, Case No. 1:16-cv-00789-TWP-MPB (the "Class Action"), pending in the United States District Court for the Southern District of Indiana.  **Please read this notice carefully as you and your rights may be affected.**

**What does the Settlement provide?**  The Settlement, in exchange for a dismissal of the Class Action and release of claims against Defendant as explained in the Settlement Agreement, creates a fund of seventeen million dollars (**$17,000,000**). Each Settlement Class Member who files a valid and timely Claim Form will be eligible to receive a cash payment under the Settlement. It is estimated that, if eligible, you could receive not less than $500. Actual payment amounts could be more or less than the above estimate.

**What is this Class Action about?**  The Class Action alleges that Roche Diagnostics Corp. ("Roche") violated the Telephone Consumer Protection Act and the Indiana Deceptive Consumer Sales Act by transmitting facsimile advertisements in violation of those laws. Roche denies the claims and further denies that it did anything wrong. No trial has been held on the merits of any allegations against Roche or its defenses. Roche has agreed to the Settlement without admitting any fault or liability.

**Why did I get this notice?**  The records of Roche show that it transmitted one or more facsimiles to you that concerned the availability or quality of its property, goods, or services during the period April 11, 2012 through March 17, 2017. Because of this, you are a Settlement Class Member.

**What do I need to do to receive a payment from the Settlement?**  To receive a payment, you must submit a completed and signed Claim Form to the Settlement Administrator postmarked by no later than July 17, 2017. Submission of your Claim Form can be done via (i) first-class mail to the following address: Roche Claims Administrator, P.O. Box 43034, Providence, RI 02940-3034, or (ii) online at the Settlement Website www.rdcsettlement.com.

**How do I get out of the Settlement?**  To exclude yourself from this Settlement, you must send a letter by mail saying that you want to be excluded from *Econo-Med Pharmacy v. Roche Diagnostics Corp.,* Case No. 1:16-cv-00789-TWP-MPB. The letter must include your name, address, facsimile number, telephone, and be signed by an authorized representative, as described in the Settlement Agreement. You must mail your exclusion request postmarked no later than July 17, 2017 to the following address: Roche Claims Administrator, P.O. Box 43034, Providence, RI 02940-3034. If you send a timely and valid request to be excluded from the Settlement Class, you will not get any settlement payment, you cannot object to the Settlement, and you will not be legally bound by anything that happens in this lawsuit.

**What are my other options?**  If you do not exclude yourself, you can object to the Settlement if you don't like any part of it. You can give reasons why you think the Court should not approve the Settlement. Objections must be postmarked no later than July 17, 2017. The specific details for filing an objection are in the detailed notice available at www.rdcsettlement.com. If you do nothing, you will remain in the Settlement Class but will NOT receive a payment.

**Do I have a lawyer in this Class Action?**  The Court appointed the law firms of Cohen & Malad LLP and Carney Bates & Pulliam, PLLC to represent you and other Settlement Class Members. Together, the lawyers are called Settlement Class Counsel. You will not be charged for these lawyers. Rather, Settlement Class Counsel will ask the Court for attorneys' fees and expenses of up to 33 1/3% of the Settlement Fund.

**When and where will the Court decide whether to approve the Settlement?**  The Court will hold a Final Approval Hearing at 11:00 a.m. on September 20, 2017 at the United States District Court for the Southern District of Indiana, 46 East Ohio Street, Indianapolis, IN 46204, Courtroom 344. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court may also decide how much to pay Settlement Class Counsel.

**How do I get more information?**  This notice summarizes the Settlement.  Full details are in the Settlement Agreement on file with the Court and available at www.rdcsettlement.com.  **You should read the entire Settlement Agreement before making a decision about whether to participate in the Settlement**. You can also call toll free 1-844-660-2220, and the Settlement Administrator will answer any questions you have.

ROMNTF1

# If you are a pharmacy to which Roche Diagnostics Corp. transmitted one or more facsimile advertisements, you may be entitled to a payment from a class action settlement.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- A proposed settlement (the "Settlement") has been reached in a proposed class action lawsuit styled *Econo-Med Pharmacy v. Roche Diagnostics Corp*., Case No. 1:16-cv-00789-TWP-MPB.

- The Settlement, in exchange for a dismissal of the lawsuit and release of claims against Defendant as explained in the Settlement Agreement, creates a seventeen million dollar ($17,000,000) settlement fund (the "Settlement Fund") for the benefit of members of the following Settlement Class: **All pharmacies to which Roche transmitted one or more facsimiles concerning the availability or quality of its property, goods, or services from April 11, 2012 through March 17, 2017**.

- You have been identified as a Settlement Class Member if you received notice in the mail or via facsimile.

- The description of the Settlement in this notice is only a summary. Full details of the Settlement are set forth in the Settlement Agreement, which is on file with the Court and available at www.rdcsettlement.com. You should read the entire Settlement Agreement before making a decision about whether to participate in the Settlement.

- If you are a member of the Settlement Class, you may be entitled to share in the settlement proceeds. However, **your legal rights are affected whether you act or do not act**, so please read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM** | **Remain in the Settlement Class and share in the Settlement proceeds.** |
| **EXCLUDE YOURSELF** | Get no benefits from the Settlement and retain the right to bring a separate lawsuit about the same issue at your own expense. |
| **OBJECT** | Write to the Court about why you don't like the Settlement. |
| **DO NOTHING** | **Remain in the Settlement Class and receive no benefits.** |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.

- The Court in charge of this case still has to decide whether to finally approve the Settlement. Payments will be made if the Court finally approves the Settlement and after any appeals are resolved. Please be patient.

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   PAGE 3

1. Why did I get a notice?

2. What is the lawsuit about?

3. Why is this a class action?

4. Why is there a Settlement?

**WHO IS IN THE SETTLEMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   PAGE 3

5. How do I know if I am part of the Settlement?

**THE SETTLEMENT BENEFITS—WHAT YOU GET** .. . . . . . . . . . . . . . . . . . . . . . . . . . . . .   PAGE 4

6. What does the Settlement provide?

7. What can I get from the Settlement?

8. What do I need to do to receive a payment from the Settlement?

9. When would I get my payment?

10. What am I giving up to get a payment?

**EXCLUDING YOURSELF FROM THE SETTLEMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . .   PAGE 4

11. How do I get out of the Settlement?

12. If I don't exclude myself, can I sue later for the same thing?

13. If I exclude myself, can I get money from this settlement?

**THE LAWYERS REPRESENTING YOU** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   PAGE 5

14. Do I have a lawyer in this case?

15. How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   PAGE 5

16. How do I tell the Court that I don't like the Settlement?

17. What's the difference between objecting and excluding?

**THE COURT'S FAIRNESS HEARING** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   PAGE 6

18. When and where will the Court decide whether to approve the Settlement?

19. Do I have to come to the hearing?

20. May I speak at the hearing?

**IF YOU DO NOTHING** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   PAGE 6

21. What happens if I do nothing at all?

**GETTING MORE INFORMATION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   PAGE 6

22. Are there more details about the Settlement?

# BASIC INFORMATION

### 1. Why did I get a notice?

If you received notice in the mail or via facsimile, the records of Roche Diagnostics Corporation ("Roche") show that it transmitted one or more facsimiles to you that concerned the availability or quality of its property, goods, or services during the period April 11, 2012 through March 17, 2017. Because of this, you are a Settlement Class Member in the action styled *Econo-Med Pharmacy v. Roche Diagnostics Corp.*, Case No. 1:16-cv-00789-TWP-MPB, and you may be affected by the Settlement. The Court in charge of the case is the United States District Court for the Southern District of Indiana.

The Court authorized this notice because you have a right to know about the proposed Settlement, and about your options, before the Court decides whether to approve the Settlement. If you submit a claim and the Court approves the Settlement, and after any appeals are resolved, the settlement administrator will send you the payment provided for in the Settlement, and your claims will be released.

This notice explains the lawsuit, the Settlement, your legal rights, what benefits are available, and how those benefits will be calculated.

### 2. What is the lawsuit about?

The lawsuit claims that Roche violated the Telephone Consumer Protection Act (the "TCPA"), and the Indiana Deceptive Consumer Sales Act (the "IDCSA") by transmitting unsolicited facsimile advertisements and advertisements that do not comply with the law's requirements. Roche denies the claims made in the lawsuit and denies that it violated the law or did anything wrong. No trial has been held on the merits of any allegations against Roche or its defenses.

### 3. Why is this a class action?

In a class action lawsuit, one or more people called "Class Representatives" (in this case Econo-Med Pharmacy) sue on behalf of themselves and other individuals or entities who have similar claims. All of these people are called a Class or Class Members. This is a class action because the Court has provisionally certified the lawsuit as a class action for settlement purposes. Because the case is a class action, one court resolves the issues for everyone in the Settlement Class, except for those people who choose to exclude themselves from the Settlement Class.

### 4. Why is there a Settlement?

The Court did not decide in favor of the Plaintiff or the Defendant. Instead, both sides agreed to a Settlement, without any admission of fault or liability. That way, they avoid the cost of a trial and the risks of either side losing, and they ensure that the people affected by the lawsuit receive compensation. The parties think that the Settlement is best for everyone involved under the circumstances. The Court will evaluate the Settlement to determine whether it is fair, reasonable, and adequate before it approves the Settlement.

# WHO IS IN THE SETTLEMENT

### 5. How do I know if I am part of the Settlement?

You are in the Settlement Class if you are a pharmacy to which Roche transmitted one or more facsimiles concerning the availability or quality of its property, goods, or services from April 11, 2012 through March 17, 2017. If a mailed or faxed notice was addressed to you, then you have been identified as a Settlement Class Member. If you are not sure whether you have been properly included, you can call the number at the bottom of this notice to check.

# THE SETTLEMENT BENEFITS—WHAT YOU GET

### 6. What does the Settlement provide?

In exchange for a dismissal of the Class Action and release of claims against Defendant as explained in the Settlement Agreement, the Defendant has agreed to pay $17,000,000 to settle this case. Each Settlement Class Member who files a valid and timely Claim Form (a "Settlement Class Member Eligible for Cash Payment") will become eligible to receive benefits under the Settlement.

### 7. What can I get from the Settlement?

After deducting costs for notice and administration, attorneys' fees and costs, and a service award to the Settlement Class Representative, there will be a Net Settlement Fund available for distribution to Settlement Class Members Eligible for Cash Payment. Each Settlement Class Member Eligible for Cash Payment will be paid from this fund on a pro rata basis. Thus, allocation of the Net Settlement Fund will be made based on the following formula:

*Pro Rata Share of Each Settlement Class Member Eligible for Cash Payment =*

$$\frac{\textit{Net Settlement Fund Amount}}{\textit{Total Number of Settlement Class Members Eligible for Cash Payment}}$$

It is estimated that, if eligible, you could receive not less than $500. Actual payment amounts could be more or less than the above estimate.

### 8. What do I need to do to receive a payment from the Settlement?

To share in the benefits of the Settlement, you must complete and sign, under penalty of perjury, and return the Claim Form. Each Settlement Class Member that submits a valid and timely Claim Form is eligible to receive a payment. Please call the number at the bottom of this notice to report any address changes so that your payment reaches you.

### 9. When would I get my payment?

The Court will hold a hearing on September 20, 2017 to decide whether to approve the Settlement. If the Court approves the Settlement, there may be a period when appeals can be filed. Once any appeals are resolved or if no appeals are filed, it will be possible to distribute the funds. This may take several months to more than a year, if an appeal is involved.

### 10. What am I giving up to get a payment?

Unless you exclude yourself, you will remain in the Settlement Class, and you can't sue, continue to sue, or be part of any other lawsuit against Roche and other Released Parties relating to the Released Claims, as further explained in the Settlement Agreement. It also means that all of the Court's orders relating to the Settlement will apply to you. You should read the Settlement Agreement for details before deciding whether to get a payment.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want a payment from this Settlement, but you want to keep the right to sue or continue to sue the Defendant on your own about the legal issues in this case, then you must take steps to get out. This is called excluding yourself—also referred to as opting out of the Settlement Class.

### 11. How do I get out of the Settlement?

To exclude yourself from this Settlement, you must send a letter by mail saying that you want to be excluded from *Econo-Med Pharmacy v. Roche Diagnostics Corp.*, Case No. 1:16-cv-00789-TWP-MPB. The letter must include your name, address, facsimile number, telephone number, and be signed by an authorized representative. You must mail your exclusion request postmarked no later than July 17, 2017 to:

Roche Claims Administrator
P.O. Box 43034, Providence, RI 02940-3034

You can't exclude yourself by phone or e-mail. If you ask to be excluded, you will not get any settlement payment, and you cannot object to the Settlement. You will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) the Defendant in the future at your own expense.

| **12. If I don't exclude myself, can I sue later for the same thing?** |
|---|

No. Unless you exclude yourself, you give up the right to sue the Defendant for the claims that this Settlement resolves. These "Released Claims" are described in the Settlement Agreement.  If you have an existing lawsuit involving the Released Claims, speak to your lawyer in that suit immediately. You must exclude yourself from *this* Settlement Class to continue your own lawsuit. Remember that the exclusion deadline is July 17, 2017.

| **13. If I exclude myself, can I get money from this Settlement?** |
|---|

No. If you exclude yourself, you are not eligible for any money from this Settlement.

# THE LAWYERS REPRESENTING YOU

| **14. Do I have a lawyer in this case?** |
|---|

The Court appointed the law firms of Cohen & Malad LLP and Carney Bates & Pulliam, PLLC to represent you and other Settlement Class Members. Together, the lawyers are called Settlement Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

| **15. How will the lawyers be paid?** |
|---|

Settlement Class Counsel will ask the Court for attorneys' fees and expenses of up to 33 1/3% of the Settlement Fund, or $5,666,666. Settlement Class Counsel will also ask the Court to award the Settlement Class Representative a service award of $5,000, to be paid from the Settlement Fund.

# OBJECTING TO THE SETTLEMENT

You can tell the Court that you don't agree with the Settlement or some part of it.

| **16. How do I tell the Court that I don't like the Settlement?** |
|---|

If you're a Settlement Class Member, you can object to the Settlement if you don't like any part of it. You can give reasons why you think the Court should not approve the Settlement. The Court will consider your views. To object, you must send a letter saying that you object to *Econo-Med Pharmacy v. Roche Diagnostics Corp.,* Case No. 1:16-cv-00789-TWP-MPB. You must include your name, address, facsimile number, telephone number, the signature of an authorized representative, and the reasons you object to the Settlement. You should read the Settlement Agreement for further details if you want to object to the Settlement.  You must mail the objection to three different places postmarked no later than July 17, 2017:

| COURT | CLASS COUNSEL | DEFENSE COUNSEL |
|---|---|---|
| Clerk of the Court<br>United States District Court for the<br>Southern District of Indiana<br>46 East Ohio Street<br>Indianapolis, IN 46204 | Randall K. Pulliam<br>CARNEY BATES &<br>  PULLIAM, PLLC<br>519 W. 7th St.<br>Little Rock, AR 72201 | Eric Bosset<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth St., NW<br>Washington, D.C. 20001 |

**17.   What's the difference between objecting and excluding?**

Objecting is simply telling the Court that you don't like something about the Settlement. You can object only if you stay in the Settlement Class. Excluding yourself is telling the Court that you don't want to be part of the Class. If you exclude yourself, you have no basis to object because this case no longer affects you.

# THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the Settlement. You may attend and you may ask to speak, but you don't have to.

**18.   When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Final Approval Hearing at 11:00 a.m. on September 20, 2017 at the United States District Court for the Southern District of Indiana, 46 East Ohio Street, Indianapolis, IN 46204, Courtroom 344. At this hearing, the court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court will listen to people who have asked to speak at the hearing and complied with question 20 of this notice. The Court may also decide how much to pay Settlement Class Counsel. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take.

**19.   Do I have to come to the hearing?**

No. You are welcome to come at your own expense if you wish, but Settlement Class Counsel will answer questions the Court may have. If you send an objection, you don't have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

**20.   May I speak at the hearing?**

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *Econo-Med Pharmacy v. Roche Diagnostics Corp.*, Case No. 1:16-cv-00789-TWP-MPB." Your Notice of Intention to Appear must include, in addition to the details set forth in question 16, a list of any all witnesses, including addresses and a summary of their testimony, that may be called at the hearing, and a detailed description of any and all evidence, including photocopies of any and all exhibits, you intend to use at the hearing. Your Notice of Intention must be postmarked no later than July 17, 2017, and be sent to the Clerk of the Court, Class Counsel, and Defense Counsel at the three addresses listed under question 16 of this notice. If you hire a lawyer to speak for you, he or she must also comply with the requirements of this paragraph.

# IF YOU DO NOTHING

**21.   What happens if I do nothing at all?**

If you do nothing, you will be a part of this Settlement, and you will **NOT** receive the payments provided by the Settlement once it becomes final.

# GETTING MORE INFORMATION

**22.   Are there more details about the Settlement?**

This notice summarizes the proposed Settlement. More details are in the Settlement Agreement on file with the Court and available at www.rdcsettlement.com. **You should read the entire Settlement Agreement before making any decision about whether to participate in the Settlement**. You can also call toll free 1-844-660-2220, and the Settlement Administrator will answer any questions you have.

Roche Claims Administrator
P.O. Box 43034
Providence, RI  02940-3034

*Econo-Med Pharmacy v. Roche Diagnostics Corp.*

Case No. 1:16-cv-00789

# ROM

## PROOF OF CLAIM

«Barcode»

Postal Service: Please do not mark barcode

Claim#: ROM-«ClaimID»-«MailRec»

«First1» «Last1»
«CO»
«Addr1» «Addr2»
«City», «St»  «Zip»

**Your Claim Form
Must Be Postmarked
By July 17, 2017**



### YOU MUST MAIL YOUR COMPLETED PROOF OF CLAIM TO:
### Roche Claims Administrator
P.O. Box 43034, Providence, RI  02940-3034

## PART I:   SETTLEMENT CLASS MEMBER INFORMATION

Entity Name

Street Address

City                                              State/Country   Zip/Postal Code

Best Phone Number to Contact You

E-mail address

Fax Number (Fax Number where the facsimile transmission was received, this will be used to verify your claim.)

## Part II:   CERTIFICATION

To participate in the class action settlement of the above-captioned case and to complete this Claim Form, please verify that the statements below are true and correct by affixing your signature to the Claim Form thereunder.  If the statements below are not true, you are not entitled to a settlement payment and should not submit a Claim Form.

I was the user of a fax machine, which corresponds to the facsimile number provided above.

Signature: _____    Date (mm/dd/yyyy): _____

Title/Capacity: _____

For more information, you may visit the Settlement Website at www.rdcsettlement.com or contact the Settlement Administrator at 1-877-449-8589.

ROMPOC1

| FOR CLAIMS PROCESSING ONLY | OB | | CB | | ○ DOC<br>○ LC<br>○ REV | ○ RED<br>○ A<br>○ D |

Roche Claims Administration
P.O. Box 43034
Providence, RI  02940-3034

*Econo-Med Pharmacy v. Roche Diagnostics Corp.*
Case No. 1:16-cv-00789

# ROM

## PROOF OF CLAIM



**Your Claim Form
Must Be Postmarked
By July 17, 2017**



### YOU MUST MAIL YOUR COMPLETED PROOF OF CLAIM TO:
### Roche Claims Administrator
P.O. Box 43034, Providence, RI  02940-3034

## PART I:        SETTLEMENT CLASS MEMBER INFORMATION

Entity Name

Street Address

City                                                                                              State/Country      Zip/Postal Code

Best Phone Number to Contact You

E-mail address

Fax Number (Fax Number where the facsimile transmission was received, this will be used to verify your claim.)

## Part II:        CERTIFICATION

To participate in the class action settlement of the above-captioned case and to complete this Claim Form, please verify that the statements below are true and correct by affixing your signature to the Claim Form thereunder.  If the statements below are not true, you are not entitled to a settlement payment and should not submit a Claim Form.

I was the user of a fax machine, which corresponds to the facsimile number provided above.

Signature: _____        Date (mm/dd/yyyy): _____

Title/Capacity: _____

For more information, you may visit the Settlement Website at www.rdcsettlement.com or contact the Settlement Administrator at 1-877-449-8589.

# Exhibit C

**Requests for Exclusion**

Count
20

| Control # | Name |
|-----------|------|
| 10001718601 | APOTHECARY HANCOCK |
| 10001719801 | APOTHECARY HOUGHTON |
| 10003311801 | BEULAVILLE PHARMACY |
| 10005848601 | CENTRAL PHARMACY |
| 10006413901 | CITY DRUG STORE |
| 10014778101 | DAWN PHARMACY |
| 10015935701 | DUVALS PHARMACY |
| 10015969201 | E Z PHARMACY |
| 10016679901 | EVERGREEN PHARMACY |
| 10021060001 | GRANT COUNTY DRUG |
| 10024354001 | INNOVATION COMPOUNDING INC |
| 10029759601 | LOEHLES PHARMACY |
| 10032240201 | MEDPRO PHARMACY AND WELLNESS CENTER |
| 10037249101 | PHARMACY EXPRESS |
| 10049559001 | SIERRA COMPOUNDING PHARMACY |
| 10049618001 | SIMONS DISCOUNT PHARMACY |
| 10050325101 | SOVEREIGN PHARMACY SOLUTIONS & FINE GIFTS |
| 10051931301 | SYLMAR PROFESSIONAL PHARMACY |
| 10054576201 | THE MEDICINE SHOPPE #1294 |
| 10060608801 | WHITE EARTH INDIAN HLTH CTR PHARM |